UNITED STATES DISTRICT COURT DISTRICT FOR THE DISTRICT OF NEVADA

SHANNON T. BRANSON

Plaintiff,                                         Case No:3:15-CV-00203-LRH-WGC

vs.

WALGREEN CO.

Defendant

### Affidavit of Service

STATE OF NEVADA
COUNTY OF CLARK        ss.:

**ROGER PAYNE**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affiant received copy(ies) of the SUMMONS IN A CIVIL ACTION; COMPLAINT on 04/13/2015 and served the same on 04/13/2015 at 4:30 PM by delivering and leaving a copy with:

**CAYLA DENNEY, PROCESS SPECIALIST**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of THE PRENTICE-HALL CORPORATION SYSTEM, NEVADA, INC., registered agent for WALGREEN CO., at the registered address of:

**Service address: 2215 B RENAISSANCE DR, Las Vegas, NV 89119**

A description of **CAYLA DENNEY** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian |  | 25 YOA | 5'6" | 250 LBS. |
| Other Features: | | | | | |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on       X _____
04/13/2015                                 ROGER PAYNE
by ROGER PAYNE                             Registration#: R-038800
                                           Reno/Carson Messenger Service, Inc. (Lic# 322)
                                           185 Martin Street
                                           Reno, NV 89509
Notary Public                              775.322.2424
                                           Atty File#: BRANSON V. WALGREEN

*62188*

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 · Expires January 28, 2016



ORIGINAL