# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHANNON T. BRANSON, | ) | 3:15-cv-00203-LRH-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 22, 2015 |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is a Stipulated Protective Order (ECF No. 25) submitted by the parties. Paragraph VII thereof discusses the filing of protected material "under seal." Similarly, Paragraph XIV D provides for the filing of certain information under seal to the court for a determination if there is a disagreement as to whether specified information is privileged or subject to protection.

These paragraphs should be re-drafted to comply with the requirements of Local Rule 10-5(b) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). In *Kamakana*, the Ninth Circuit held that the party seeking to file a paper under seal bears the burden of overcoming the presumption in favor of public access to papers filed in court.

The parties shall revise their proposed stipulated protective order to comply with the dictates of *Kamakana*.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk