1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON T. BRANSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No.: 3:15-cv-00203-LRH-WGC<br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Paul Shannon T. Branson ("Branson") and Defendant Walgreen Co., ("Walgreen" or "Defendant"), by and through their respective counsel, that all claims Branson had or may have had against Walgreen, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

///
///
///
///
///
///
///

1  IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

2  **IT IS SO STIPULATED:**

3  Dated this __4__th day of August, 2016          Dated this _____ th day of August, 2016

4  LAW OFFICE OF TERRI KEYSER-COOPER          OGLETREE, DEAKINS, NASH, SMOAK
5                                                                                            & STEWART, P.C.

6
7  _____          /s/ Molly M. Rezac_____
   Terri Keyser-Cooper                                        Molly M. Rezac
8  3590 Barrymore Dr.                                          Erica J. Chee
   Reno, NV  89512                                             543 Plumas Street
9                                                                                            Reno, NV  89509
   Ian E. Silverberg                                              Telephone:  775.440.2373
10 Law Office of Ian E. Silverberg                      *Attorneys for Defendant*
11 227 Clay St.
   Reno, NV  89501
12 *Attorneys for Plaintiff*

13
14                                          **ORDER**

15 **IT IS SO ORDERED.**

16 DATED this 8th day of August, 2016.      _____
17                                                                          LARRY R. HICKS
                                                                                 UNITED STATES DISTRICT JUDGE